# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JANELLE SWANSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0179

_____

October 29, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Julie L. Sercus, Judge.

Blair Allen, Public Defender, and Maria Clarke, Assistant Public Defender, Bartow, for Appellant.

Janelle Swanson, pro se.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


KHOUZAM, Judge.

Affirmed; remanded for the entry of a corrected revocation order specifying the conditions of probation that were violated. *See Miller v. State*, 328 So. 3d 1115 (Fla. 2d DCA 2021).

VILLANTI and LaROSE, JJ., Concur.

_____

Opinion subject to revision prior to official publication.